693 A.2d 199

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Samuel F. RIZZO, Respondent.**

**No. 327 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 6, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 6th day of May, 1997, there having been filed with this Court by Samuel F. Rizzo his verified State-

ment of Resignation dated April 1, 1997, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Samuel F. Rizzo be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.